IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOLLENE C.<br>    Plaintiff, | Civil No. 3:22-cv-00352-SB |
| vs., | ORDER TO PAY  EAJA FEES |
| KILOLO KIJAKAZI, Comissioner<br>    Social Security,<br>Defendant. | |

BECKERMAN,  U.S. Magistrate Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after consideration of Defendant's response,  and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412,  $14,084.44  is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow,  subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $20.00 for postage expenses, so that the total amount awarded equals $14,104.44. Any check issued for EAJA fees or for expenses shall be sent to Plaintiff in care of her attorney, Nancy J. Meserow, at her office, located at: Law Office of Nancy J. Meserow, 7540 SW 51st Ave., Portland, OR 97219.

**IT IS SO ORDERED.**

Dated this 29th day of September, 2023

*Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
U.S. MAGISTRATE JUDGE